AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.                                          **CRIMINAL COMPLAINT**

**JEN CHUN SHEN**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.   From on or about ___**December 21, 2005**___ in ___WASHINGTON___ county, in the

_____ District of ___COLUMBIA___ defendant(s) did, (Track Statutory Language of Offense)

**threaten to murder Angelicque Graham, a federal law enforcement officer, with intent to impede, intimidate, and/or interfere with Angelicque Graham while she was engaged in her official duties.**

in violation of Title ___18___ United States Code, Section(s) ___115(a)(1)(B)___.

I further state that I am ___**INSPECTOR DARRYL WILLIAMS**___, and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:      ☒ Yes   ☐ No

_____
Signature of Complainant
**INSPECTOR DARRYL WILLIAMS**
**U.S. FEDERAL PROTECTIVE SERVICES**

Sworn to before me and subscribed in my presence,

_____ at ___**Washington, D.C.**___
Date                                        City and State

_____         _____
Name & Title of Judicial Officer             Signature of Judicial Officer