## STATEMENT OF FACTS

On December 21, 2005, at about 4:30 p.m., in the District of Columbia, the defendant, an Asian adult male, later identified as Jen Chun Shen entered 1200 Pennsylvania Avenue, N.W., a federal building also known as the Ronald Reagan Building speaking very loudly in a foreign language carrying two black bags. Officer Angelicque Graham, a law enforcement officer employed by Knight's Protective Service, and hired by the General Services Administration to supervise in the prevention and detection of violations of federal criminal law on the premises of 1300 Pennsylvania Avenue, N.W., approached the defendant and asked if needed assistance. The defendant started to yell in a loud voice. The officer then ordered the defendant to leave the building. The defendant continued to yell and pointed at the officer saying in a hostile tone in English "assassinate" "assassinate." When the officer approached the defendant with other officers, the defendant pointed at the building and stated in English that he was going to assassinate them and blow-up the building. The defendant repeated this more than one time. The defendant left the building and was stopped a short time later by members of the U.S. Secret Service. Defendant was identified by the officers and placed under arrest.

_____
INSPECTOR DARRYL WILLIAMS
FEDERAL PROTECTIVE SERVICE

Sworn and subscribed before me on
this \_\_\_\_\_ day of December, 2005.

_____
U.S. MAGISTRATE JUDGE