CO-194
(Rev. 8/00)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )                Criminal Case No. _05-672_
)
_IEN-CHUN SHEN_ )
Defendant )                **FILED**

ORDER                DEC 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the motion of the Government/Defendant for an examination of the mental competency of the defendant,  pursuant to Title 24, Section 301, of the District of Columbia Code, and the representations made in support thereof,  it is this _22_ day of _DECEMBER_ , ~~2000~~, _2005_

ORDERED, that defendant be examined by the psychiatric staff of the Legal Services Division, and that after such examination a report be made to this Court as to:

(1)    Whether the defendant is presently mentally competent to understand the proceedings against him or her and to properly assist in the preparation of his or her defense; and

(2)    If the answer to the preceding paragraph is in the negative, does the  examining psychiatrist believe the defendant should be transferred to a mental hospital for further examination and treatment?

IT IS FURTHER ORDERED, that the United States Marshal, or his designated deputy transport the above named defendant to the Cellblock in the Superior Court for the District of Columbia on _22st_ day of _Dec_ , ~~2000~~, for the purpose of a preliminary psychiatric examination. _2005_

_Joh M Facula_
/UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE

(N)