UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>JEN CHUN SHEN, )<br>)<br>Defendant. )<br>_____) | CR. No. 05-672M |

FILED

DEC 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

Defendant Jen Chun Shen appeared before the undersigned United States Magistrate Judge for an Initial Appearance on December 23, 2005. At that time, the Government requested that the Defendant receive a forensic screening, and the Court ordered that Defendant be examined by the psychiatric staff of the Legal Services Division, to ascertain his mental competency. On December 23, 2005, the Legal Services Division filed its Report relating to Defendant's competency screening, indicating that Defendant is incompetent. The Court having reasonable cause to believe that the Defendant may be suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly with his defense, it is this 23rd day of December, 2005,

ORDERED, that the Defendant be, and hereby is, committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241 for a period not to exceed 45 days and that a psychiatric or psychological examination of the Defendant be performed. Thereafter a written report shall be filed pursuant to 18 U.S.C. § 4247 which shall include the examiner's opinion as to whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the

proceedings against him or to assist in his defense. Said report is to be filed on or before February 14th, 2005; and it is further

ORDERED, that in the interim, pending the Defendant's transport to a facility designated by the Attorney General, that the Defendant should be housed at the Community Treatment Facility of the District of Columbia Jail.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE