UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 05-672M (JMF) |
| ) | |
| JEN CHUN SHEN, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO RESCHEDULE
COMPETENCY HEARING FOR EARLIEST POSSIBLE DATE**

The defendant, Jen Chun Shen, through counsel, respectfully submits this motion for an immediate competency hearing in the above captioned case. In support of this motion, counsel respectfully submits:

1. On December 21, 2005, Mr. Shen made his initial appearance in response to a criminal complaint charging him with threats against a federal officer in violation of 18 U.S.C. § 115(a)(1)(B).

2. On March 22, 2006, the Court attempted to hold a competency hearing. Mr. Shen was not present. Mr. Shen was apparently being held at USP Atlanta, a prison that also includes a pretrial detention center. USP Atlanta is not a Federal Medical Center and does not appear to have any particular capabilities in the way of mental health treatment.

3. At the hearing, counsel expressed a desire to meet with his client prior to any determination of Mr. Shen's competency to stand trial. The Court authorized defense counsel to travel to Atlanta to meet with Mr. Shen. The Court set a new hearing date of April 20, 2006.

4. For reasons unknown, Mr. Shen was subsequently transported to D.C. Jail, where he is

presently being held.  Counsel will visit with him this weekend or on Monday.

    5.  Based on the above, counsel seeks to reschedule the competency hearing for next week.  Ms. Shen is obviously not receiving the highest level of mental health treatment while being housed at D.C. Jail.  In the event this Court determines that Mr. Shen is incompetent to stand trial, it is in the interest of all parties that his treatment at a qualified facility begin as soon as possible.

    6.  Defense counsel contacted AUSA Steve Wasserman regarding this request.  The government does not oppose this request, but AUSA Wasserman notes that he will be in trial from Monday until Thursday of next week.

    Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20001
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. No. 05-672M (JMF) |
| JEN CHUN SHEN, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of defendant's Motion to Reschedule Competency Hearing For Earliest Possible Date, and finding good cause shown, it is this _____ day of _____, 2006, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that a hearing is set down for _____, 2006 at _____am/pm.

**SO ORDERED.**

_____
The Honorable John M. Facciola

Copies to:
Jonathan Jeffress, AFPD
Steve Wasserman AUSA