UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Crim. No. 05-672M (JMF) |
| JEN CHUN SHEN, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of defendant's Motion to Reschedule Competency Hearing For Earliest Possible Date, and finding good cause shown, it is this _36th_ day of _March_, 2006, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that a hearing is set down for _April 4_, 2006 at _1:30_ am/pm.

**SO ORDERED.**

_/s/ John M. Facciola_
The Honorable John M. Facciola

Copies to:
Jonathan Jeffress, AFPD
Steve Wasserman AUSA

(N)