UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | Crim. No. 05-672M (JMF/DAR) |
| ) | |
| **JEN CHUN SHEN,** ) | |
| ) | |
| Defendant.  ) | |

## NOTICE

Upon consideration of defendant's unopposed motion made in open Court, and in the interests of justice, the Court hereby provides **NOTICE** to the United States Bureau of Prisons that defendant, Mr. Jen Chun Shen, requires a Mandarin Chinese interpreter in order to facilitate his treatment. Accordingly, the Court requests that the Federal Medical Center Mr. Shen is assigned to for treatment obtain the services of a Mandarin Chinese interpreter as expeditiously as possible.

SO NOTICED.

_____
The Honorable Deborah A. Robinson

Copies to:
Jonathan Jeffress, AFPD
Steve Wasserman AUSA
United States Marshals
United States Bureau of Prisons