UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEN CHUN SHEN,<br><br>Defendant. | Crim. No. 05-0672M-01<br>DAR |

**FILED**

APR 4 - 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

On April 4, 2006, the undersigned United States Magistrate Judge found by a preponderance of the evidence that the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is now unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense. Counsel for the parties joined in a request that defendant be committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(d)(1) for hospitalization for four months for a determination of whether there is a substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future.

For the foregoing reasons, and upon consideration of the entire record herein, it is, this _4th_ day of April, 2006,

**ORDERED** that pursuant to 18 U.S.C. § 4241(d)(1), the defendant is committed to the custody of the Attorney General for hospitalization for four months for determination of whether there is a substantial probability that he will attain the capacity to permit this action to continue in the foreseeable future; and it is

United States v. Shen                                                                                          2

    **FURTHER ORDERED** that the facility provide a report of its evaluation no later than July 28, 2006; and it is

    **FURTHER ORDERED** that a status hearing is scheduled for August 4, 2006 at 9:30 a.m.

_____<br>
DEBORAH A. ROBINSON<br>
United States Magistrate Judge