UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>JEN CHUN SHEN, )<br>)<br>Defendant. )<br>) | Crim. No. 05-672M (JMF/DAR)<br><br>FILED<br><br>APR 4 - 2006<br><br>NANCY MAYER-WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### NOTICE

Upon consideration of defendant's unopposed motion made in open Court, and in the interests of justice, the Court hereby provides **NOTICE** to the United States Bureau of Prisons that defendant, Mr. Jen Chun Shen, requires a Mandarin Chinese interpreter in order to facilitate his treatment. Accordingly, the Court requests that the Federal Medical Center Mr. Shen is assigned to for treatment obtain the services of a Mandarin Chinese interpreter as expeditiously as possible.

**SO NOTICED.**

_____
The Honorable Deborah A. Robinson

Copies to:
Jonathan Jeffress, AFPD
Steve Wasserman AUSA
United States Marshals
United States Bureau of Prisons