UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-672M** |
| | : | |
| **v.** | : | |
| | : | |
| **JEN CHUN SHEN,** | : | |
| **Defendant.** | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Angela Schmidt, at telephone number (202) 514-7273 and/or email address Angela.Schmidt@usdoj.gov. Ms. Schmidt will substitute for Assistant United States Attorney Steven Wasserman as counsel for the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN.
    United States Attorney

    _____
    ANGELA G. SCHMIDT
    Assistant United States Attorney
    Texas Bar No. 17764980
    555 4th Street, NW, 4th Floor
    Washington, DC 20530
    (202) 514-7273