## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 05-672M |
| | : | |
| **JEN CHUN SHEN,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

### GOVERNMENT'S MOTION FOR
### ABATEMENT OF PROSECUTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully seeks abatement of prosecution in this matter. As grounds for this request, the United States informs the Court that both Mr. Shen's doctor and his case manager at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri, have informed the undersigned Assistant that Mr. Shen died on September 11, 2007.

WHEREFORE, the United States respectfully requests that this prosecution be abated.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

           /s/
ANGELA G. SCHMIDT
Assistant United States Attorney
555 4th Street, NW, 4th Floor
Washington, DC 20530
(202) 514-7273