UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 05-672M |
| | : | |
| JEN CHUN SHEN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**O R D E R**

Upon consideration of the Government's Motion for Abatement of Prosecution, and there being good cause shown, it is hereby this _____ day of September, 2007,

ORDERED:

That the prosecution of Jen Chun Shen be abated as a result of his death.

_____
**JOHN M. FACCIOLA**
**UNITED STATES MAGISTRATE JUDGE**