UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,       :
                                :
v.                              :       Criminal No. 05-672M
                                :
JEN CHUN SHEN,                  :
                                :       **FILED**
Defendant.                      :
                                :       SEP 1 4 2007
_____:

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon consideration of the Government's Motion for Abatement of Prosecution, and there being good cause shown, it is hereby this  14  day of September, 2007,

ORDERED:

That the prosecution of Jen Chun Shen be abated as a result of his death.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE