

U.S. Department of Justice
Federal Bureau of Prisons
U. S. Medical Center for Federal Prisoners
P. O. Box 4000

---

Springfield, MO 65801-4000

September 13, 2007

The Honorable Deborah A. Robinson
United States Magistrate Judge
District of Columbia
United States Courthouse
333 Constitution Avenue
Washington, D.C.  20001

RE: SHEN, Jen
Reg. No. 28462-016
Docket No. 05-0672-M-01 DAR

*LET THIS BE FILED*
/s/ Deborah A. Robinson
Deborah A. Robinson
U.S. Magistrate Judge
10/1/07

FILED
OCT - 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Judge Robinson:

   This letter is to inform you the above-named patient died on September 11, 2007, at 11:53 a.m., at the United States Medical Center for Federal Prisoners, Springfield, Missouri. His death was due to Aspiration Pneumonia.  An autopsy will not be scheduled.

   Jen Shen was an unsentenced inmate at this facility for a mental health evaluation pursuant to Title 18, U.S.C. 4241(d).  He was charged with Threats of Bomb Use and Terroristic Threat to Federal Officer.

   If any additional information is required, please do not hesitate to contact me.

                        Sincerely,

                        Marty C. Anderson
                        Warden


cc: U.S Attorney, District of Columbia
    U.S. Probation, District of Columbia
    North Central Regional Office
    Central File
    File